FILED
07 OCT -4 AM 11:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDL

STEPHEN MITCHELL

        Plaintiff(s),

v.

DR. HAROLD Nemetz, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPT. of HEALTH & HUMAN SERVICES and DOES 1-20, inclusive,
        Defendants

No. C 07 5112

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 17, 2007

Signature _Herman W. Sims, Esq._

Counsel for STEPHEN MITCHELL
(Plaintiff, Defendant or indicate "pro se")