# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN MITCHELL

FILED
NOV X 2 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

v.

DR. HAROLD NEMETZ, OPEN DOOR
COMMUNITY HEALTH CENTER, U.S. DEPT.
OF HEALTH AND HUMAN SERVICES, and DOES
1 through 20, inclusive

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 5112 EDL

TO: (Name and address of defendant)

DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTERS, U.S. DEPT. OF HEALTH AND HUMAN SERVICES and Does 1-20, inclusive

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FERMAN W. SIMS, ESQ.
519 "H" Street
Crescent City, Ca. 95531
Telephone: (707) 465-5555
Fax: (707) 465-4454
email: simscalaw@yahoo.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

OCT - 4 2007
DATE _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>October 23, 2007 @ 1:32 p.m. |
| Name of SERVER<br>Alex Hernandez | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
Served U.S. Dept. of Health & Human Services c/o Donald Roots, Senior Exec. Asst.
Served at 200 Independence Avenue, S.W., Suite 615, Washington, DC  20001

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/23/07
                 Date

Signature of Server

P.O. Box 18647, Washington, DC   20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE 10/25/07  12:25 P.M. |
| Name of SERVER John P. Fay || TITLE Owner / P.I. |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: DR. HAROLD NEMETZ, 550 E. WASHINGTON BLVD, CRESCENT CITY, CA. 95531

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/07
          Date

Signature of Server

JPF Investigations - PI22786
John P. Fay
448 G St. Ste. B
Crescent City, CA 95531
(707) 464-7642

Address of Server  448 G. Street Suite B, Crescent City, CA. 95531

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/25/07  1:17 P.m. |
| Name of SERVER  John P. Fay | TITLE Owner / P.I. |

Check one box below to indicate appropriate method of service

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☑  Other (specify): SERVED HILDA CONTRERAS, OFFICE MANAGER FOR OPEN DOOR COMMUNITY HEALTH CENTER 550 E. WASHINGTON BLVD, CRESCENT CITY, CA.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/07
Date

**JPF Investigations - PI22786**
John P. Fay
448 G St. Ste. B
Crescent City, CA 95531
(707) 464-7642

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure