1  Michael Morrison (CSB # 72022)
   Frances K. Greenleaf (CSB # 197937)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,
   REINHOLTSEN & CROWLEY, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile:  (707) 445-8305

6  Attorneys for Defendants
   Dr. Harold Nemetz and Open Door
7  Community Health Center

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12  STEPHEN MITCHELL,                    Case No. C 07 5112 EDL

13       Plaintiff,                     **STIPULATION REGARDING
                                         EXTENSION OF TIME WITHIN
14  v.                                   WHICH TO ANSWER OR
                                         OTHERWISE RESPOND TO THE
15  DR. HAROLD NEMETZ, OPEN DOOR         COMPLAINT**
    COMMUNITY HEALTH CENTER, U.S.
16  DEPARTMENT OF HEALTH &              **DEMAND FOR JURY TRIAL**
    HUMAN SERVICES and DOES  1-20
17  inclusive,

18       Defendants.
                                       /
19

20

21       Pursuant to Northern District of California Local Rule 6-1(a), Plaintiff Stephen

22  Mitchell and Defendants Dr. Harold Nemetz and Open Door Community Health Center

23  ("Defendants") hereby stipulate regarding an extension of time within which Defendants

24  shall answer or otherwise respond to the complaint.  Defendants were served with the

25  complaint on or about October 25, 2007.

26  / / /

27  / / /

28  / / /

STIPULATION RE: TIME IN WHICH DEFENDANTS SHALL ANSWER OR RESPOND TO COMPLAINT   1

1     Therefore, the parties hereby stipulate that Defendants shall answer or otherwise respond to the complaint on or before **December 3, 2007.**

Dated: November 20, 2007      FERMAN W. SIMS, ESQ.

By: _____/s/_____
    Ferman W. Sims, Esq.
    Attorney for Plaintiff Stephen Mitchell

Dated: November 20, 2007      JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP

By: _____/s/_____
    Frances K. Greenleaf
    Michael Morrison
    Attorneys for Dr. Harold Nemetz and Open Door Community Health Center

///