1  Michael Morrison (CSB # 72022)
   Frances K. Greenleaf (CSB # 197937)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,**
   **REINHOLTSEN & CROWLEY, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile:  (707) 445-8305

6  Attorneys for Defendants
   Dr. Harold Nemetz and Open Door
7  Community Health Center

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MITCHELL, | Case No. C 07 5112 EDL |
| Plaintiff, | |
| v. | **SECOND STIPULATION REGARDING EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES and DOES 1-20 inclusive, | |
| | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Pursuant to Northern District of California Local Rule 6-1(a), Plaintiff Stephen Mitchell and Defendants Dr. Harold Nemetz and Open Door Community Health Center ("Defendants") hereby stipulate regarding a second extension of time within which Defendants shall answer or otherwise respond to the complaint.  Defendants were served with the complaint on or about October 25, 2007.

Plaintiff and Defendants are aware that the United States Attorney will soon be served with the complaint in this matter and will request that the United States Government substitute in as a defendant in the matter, in place of all the currently named defendants.

STIPULATION RE: TIME IN WHICH DEFENDANTS SHALL ANSWER OR RESPOND TO COMPLAINT   1

1  Therefore, the parties hereby stipulate that Defendants shall have additional
2  extension to answer or otherwise respond to the complaint to on or before **December 17,**
3  **2007.**

5  Dated:  December 3, 2007            FERMAN W. SIMS, ESQ.

7                                      By: _____/s/_____
8                                          Ferman W. Sims, Esq.
                                            Attorney for Plaintiff Stephen Mitchell

10 Dated:  December 3, 2007            JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                        REINHOLTSEN & CROWLEY, LLP

13                                     By: _____/s/_____
                                            Frances K. Greenleaf
                                            Michael Morrison
14                                          Attorneys for Dr. Harold Nemetz and Open
                                            Door Community Health Center