Michael Morrison (CSB # 72022)
Frances K. Greenleaf (CSB # 197937)
**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP**
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone: (707) 445-2071
Facsimile:  (707) 445-8305

Attorneys for Defendants
Dr. Harold Nemetz and
Open Door Community Health Center

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MITCHELL, | Case No. C 07 5112 EDL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES** |
| DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES and DOES 1-20 inclusive, | |
| | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Stephen Mitchell ("Plaintiff"), through counsel, and Defendants Dr. Harold Nemetz and Open Door Community Health Center ("Defendants"), through counsel, hereby stipulate to extend the Initial Case Management Conference and other deadlines in this case.

This stipulation is due to Plaintiff's attorney Ferman W. Sims, having prior commitments for medical services in San Diego, California due to a right hip fracture and his subsequent hospitalization and further surgery in San Diego, including release from the hospital with IV antibiotics required until January 17, 2008. It is anticipated that Mr. Sims will return to Crescent City on or about January 21, 2008.

1	Further, because Defendants were acting within the scope of their employment at a
2	federally funded health care center, or as a federally funded health care center at all times
3	relevant to plaintiff's claims, pursuant to the Federally Supported Health Centers Act, 42 U.S.C.
4	§233(g)-(n) all of the Defendants are covered under the Federal Tort Claims Act ("FTCA"), 28
5	U.S.C. §§1346(b), 2401(b), 2671-80.  Pursuant to that authority, and upon proper service to the
6	United States Government, the United States Government will be substituted for the Defendants
7	in this matter and the matter will proceed as an action solely against the United States of America
8	pursuant to 28 U.S.C. §1346(b) subject to the limitations and exceptions applicable to those
9	actions.  28 U.S.C. §2679(d)(4).  Therefore, Plaintiff and Defendants expect the United States
10	Attorneys office to appear on behalf of the United Stated Government in this matter and this
11	stipulation is necessary to allow for this appearance and to allow the substitution of the United
12	States Government in place of the Defendants.
13	Therefore, the parties hereby stipulate as follows:
14	**1.  The Initial Case Management Conference is continued from January 8,**
15	**2008, until Tuesday, March 4, 2008, 10:00 a.m.**
16	**2.  The December 18, 2007 date for events contained in the Order Setting**
17	**Initial Case Management Conference and ADR Deadlines is continued until**
18	**February 12, 2008.**
19	**3.  The January 2, 2008, date for events contained in the Order Setting Initial**
20	**Case Management Conference and ADR Deadlines in continued until February 27,**
21	**2008.**
22	
23	Dated:  December ___, 2007		FERMAN W. SIMS, ESQ.
24	
25					By: _____/s/_____
						Ferman W. Sims, Esq.
26					Attorney for Plaintiff Stephen Mitchell
27	/ / /
28	/ / /

STIPULATION RE: EXTENSION OF INITIAL CMC AND OTHER DEADLINES				2

1  Dated:  December ___, 2007        JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                     REINHOLTSEN & CROWLEY, LLP
2

3
                                     By: _____/s/_____
4                                         Frances K. Greenleaf
                                          Michael Morrison
5                                         Attorneys for Dr. Harold Nemetz and
                                          Open Door Community Health Center
6

7  IT IS SO ORDERED

8

9  Dated:                            _____
                                     ELIZABETH D. LAPORTE
10                                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXTENSION OF INITIAL CMC AND OTHER DEADLINES           3