1   Michael Morrison (CSB # 72022)
    Frances K. Greenleaf (CSB # 197937)
2   **JANSSEN, MALLOY, NEEDHAM, MORRISON,**
    **REINHOLTSEN & CROWLEY, LLP**
3   730 Fifth Street
    P.O. Drawer 1288
4   Eureka, CA 95501
    Telephone: (707) 445-2071
5   Facsimile:  (707) 445-8305

6   Attorneys for Defendants
    Dr. Harold Nemetz and
7   Open Door Community Health Center

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  STEPHEN MITCHELL,                    Case No. C 07 5112 EDL

13          Plaintiff,
                                         **STIPULATION TO EXTEND DATE**
14  v.                                   **FOR INITIAL CASE MANAGEMENT**
                                         **CONFERENCE AND OTHER**
15  DR. HAROLD NEMETZ, OPEN DOOR         **DEADLINES**
    COMMUNITY HEALTH CENTER, U.S.
16  DEPARTMENT OF HEALTH &
    HUMAN SERVICES and DOES  1-20        **DEMAND FOR JURY TRIAL**
17  inclusive,

18          Defendants.

19  _____/

20          Plaintiff Stephen Mitchell ("Plaintiff"), through counsel, and Defendants Dr.

21  Harold Nemetz and Open Door Community Health Center ("Defendants"), through

22  counsel, hereby stipulate to extend the Initial Case Management Conference and other

23  deadlines in this case.

24          This stipulation is due to Plaintiff's attorney Ferman W. Sims, having prior

25  commitments for medical services in San Diego, California due to a right hip fracture and

26  his subsequent hospitalization and further surgery in San Diego, including release from

27  the hospital with IV antibiotics required until January 17, 2008.  It is anticipated that Mr.

28  Sims will return to Crescent City on or about January 21, 2008.

1    Further, because Defendants were acting within the scope of their employment at a

2    federally funded health care center, or as a federally funded health care center at all times

3    relevant to plaintiff's claims, pursuant to the Federally Supported Health Centers Act, 42 U.S.C.

4    §233(g)-(n) all of the Defendants are covered under the Federal Tort Claims Act ("FTCA"), 28

5    U.S.C. §§1346(b), 2401(b), 2671-80.  Pursuant to that authority, and upon proper service to the

6    United States Government, the United States Government will be substituted for the Defendants

7    in this matter and the matter will proceed as an action solely against the United States of America

8    pursuant to 28 U.S.C. §1346(b) subject to the limitations and exceptions applicable to those

9    actions.  28 U.S.C. §2679(d)(4).  Therefore, Plaintiff and Defendants expect the United States

10    Attorneys office to appear on behalf of the United Stated Government in this matter and this

11    stipulation is necessary to allow for this appearance and to allow the substitution of the United

12    States Government in place of the Defendants.

13        Therefore, the parties hereby stipulate as follows:

14        **1.  The Initial Case Management Conference is continued from January 8,**

15    **2008, until <u>Tuesday, March 4, 2008, 10:00 a.m.</u>**

16        **2.  The December 18, 2007 date for events contained in the Order Setting**

17    **Initial Case Management Conference and ADR Deadlines is continued until**

18    **<u>February 12, 2008</u>.**

19        **3.  The January 2, 2008, date for events contained in the Order Setting Initial**

20    **Case Management Conference and ADR Deadlines in continued until <u>February 27,</u>**

21    **<u>2008</u>.**

22

23    Dated:  December __19__, 2007        FERMAN W. SIMS, ESQ.

24

25                        By: _____/s/_____

26                            Ferman W. Sims, Esq.
                            Attorney for Plaintiff Stephen Mitchell

27    / / /

28    / / /

STIPULATION RE: EXTENSION OF INITIAL CMC AND OTHER DEADLINES        2

1    Dated:  December ___, 2007    JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                    REINHOLTSEN & CROWLEY, LLP
2

3
                                    By: _____/s/_____
4                                        Frances K. Greenleaf
                                         Michael Morrison
5                                        Attorneys for Dr. Harold Nemetz and
                                         Open Door Community Health Center
6

7    IT IS SO ORDERED

8

9    Dated:  12/19/07              _____
                                    ELIZABETH D. LAPORTE
10                                   United States Magistrate

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXTENSION OF INITIAL CMC AND OTHER DEADLINES                    3