SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    Facsimile:  (415) 436-6748
    E-mail:    melissa.k.brown@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN MITCHELL, | No. C 07-5112 EDL |
| Plaintiff, | **FEDERAL DEFENDANT'S REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE** |
| v. | |
| DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPARTMENT OF HEATH & HUMAN SERVICES and DOES 1-20 inclusive | |
| Defendant. | |

Defendant the UNITED STATES, by and through its undersigned counsel, hereby does not consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby respectfully requests the reassignment of this case to a United States District Judge.

DATED: DECEMBER 27, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

/S/

_____
MELISSA K. BROWN
Assistant United States Attorney

REQUEST FOR REASSIGNMENT Case No. C 07-5112 EDL