**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              415.522.2000

**December 28, 2007**

**CASE NUMBER:  CV 07-05112 EDL**

**CASE TITLE:  STEPHEN MITCHELL-v-DR. HAROLD NEMETZ**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/28/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                          Entered in Computer 12/28/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA