1  **FERMAN W. SIMS, ESQ.**
   (CSB #038696)
2  519 "H" STREET
   Crescent City, CA 95531
3  Telephone: (707) 465-5555
   Fax:(707) 465-4454
4  Email: simscalaw@yahoo.com
   Attorney for Plaintiff: Stephen Mitchell
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

9  STEPHEN MITCHELL              )   CASE NO.  C 07 05112 CW
                                  )
10             Plaintiff,         )   PROOF OF SERVICE
                                  )   CASE MANAGEMENT SCHEDULING
11  v.                            )   ORDER FOR REASSIGNED CIVIL CASE
                                  )
12  DR. HAROLD NEMETZ, OPEN DOOR  )
                                  )
13  COMMUNITY HEALTH CENTER, U.S. )
                                  )
14  DEPARTMENT OF HEALTH & HUMAN  )

15  SERVICES and DOES 1-20 inclusive

16             Defendants.

17                      **PROOF OF SERVICE**

18  I, JEAN F. KOLL, hereby declare that I am over the age of eighteen (18) years, and not a party
    to this action. My business address is 519 "H" Street; Crescent City, CA 95531.
19
    On January 7, 2008 I served a true copy of the following document(s) in the manner described
20  below:
    CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE (5 pages)
21
22  [ x ] **BY MAIL:** I am readily familiar with the practice of this business for collection and
    processing of documents for mailing with the United States Postal Service. Documents so
23  collected and processed are placed in collection and deposited with the United States Postal
    Service that same day in the ordinary course of business. The above-referenced document(s)
24  were placed in (a) sealed envelope(s) was (were) placed for collection and deposit with the
    United States Postal Service on the date listed below at Crescent City, California.
25

26  [ ] **PERSONAL SERVICE:** By personally delivering a true copy thereof to the person and at
    the address set forth below:
27

28  [ ] **FACSIMILE:** By faxing to the person(s) and fax number set forth below:

                                    -1-

1. UNITED STATES ATTORNEYS OFFICE
2. 450 Golden Gate Avenue 11th Floor
   Box 36055
3. San Francisco, Ca. 94102
   Attention: Melissa Brown
4.
5. Office of the Attorney General
   441 4th Street NW, Suite 1060 N
6. Washington, DC 20001
7. Frances Greenleaf
   Janssen, Mallory, Needham, Morrison, Reinholtsen & Crowley, LLP
8. P.O. Drawer 1288
9. Eureka, Ca. 95501
10. United States Attorney General
    Department of Justice
11. Attention: Michael B. Mukasey
    950 Pennsylvania Avenue, NW
12. Washington DC 20530-0001
13.
14. Executed on January 7, 2008 at Crescent City, California. I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
15.
16.
17.                                          *Jean F. Koll*
                                             **Jean F. Koll**
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.