1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       Facsimile:  (415) 436-6748
6      E-mail:    melissa.k.brown@usdoj.gov

7  Attorneys for Federal Defendant

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12 STEPHEN MITCHELL,                 )    No. C 07-5112 CW
                                     )
13         Plaintiff,                )    DECLARATION OF CHRISTOPHER
                                     )    PETERS IN SUPPORT OF FEDERAL
14    v.                             )    DEFENDANT'S MOTION TO DISMISS
                                     )    PLAINTIFF'S COMPLAINT
15 DR. HAROLD NEMETZ, OPEN DOOR      )
   COMMUNITY HEALTH CENTER, U.S.     )
16 DEPARTMENT OF HEATH & HUMAN       )
   SERVICES and DOES 1-20 inclusive  )
17                                   )
           Defendant.                )
18 _____

19  I Christopher Peters declare as follows:

20      1.      I am currently employed as the Risk Manager for Open Door Community Health

21 Centers. I have been employed by the Open Door Community Health Centers for more than two

22 years. I am familiar with the records maintained by the Open Door Community Health Centers.

23 Moreover, when litigation is anticipated or commenced I become the custodian of records for

24 Open Door Community Health Centers. I have personal knowledge of the facts set forth in this

25 declaration and would be competent to testify to them if called upon to do so.

26      2.      Attached hereto as Exhibit A is a true and correct copy of Authorization for

27 Release of Medical Information for the Records of Stephen Mitchell dated October 25, 2002.

28 This authorization is for the release of Stephen Mitchell's x-rays. Per statute Stephen Mitchell's

x-rays had to be ready for release within 15 days or less of the authorization. Open Door

DECLARATION OF CHRISTOPHER PETERS ISO FEDERAL DEFENDANT'S MOTION TO DISMISS
Case No. C 07-5112 CW

Community Health Centers prepared x-rays of Mr. Mitchell on September 5, 2001 and September 30, 2002.

3. During my investigation of this action, I discovered that in addition to the x-rays prepared by Open Door Community Health Centers, the Health Center also has in its possession post-operative x-rays of Stephen Mitchell taken by Dr. Mojgan Arshi DDS ("Dr. Arshi") after the October 18, 2002 extraction. The x-rays were received in our office on or about October 25, 2002. I contacted Dr. Arshi to determine how the post-operative x-rays came to be in our files. Dr. Arshi informed me that she released the x-rays to the patient Stephen Mitchell on or about October 25, 2002. Based upon this information it is my belief that the post-operative x-rays were brought to the Open Door Community Health Centers by Stephen Mitchell on or about October 25, 2002.

4. Attached hereto as Exhibit B is a true and correct copy of correspondence from Ferman Sims, Esq. to Dr. Wendell Row dated September 14, 2004, this correspondence was forwarded to Open Door Community Health Centers on or about October 7, 2004.

5. Attached hereto as Exhibit C is a true and correct copy of correspondence received from the Dental Board of California dated June 27, 2006.

6. Attached hereto as Exhibit D is a true and correct copy of the correspondence from the office of Ferman Sims, Esq. to Dr. Harold Nemetz dated July 11, 2005.

7. Attached hereto as Exhibit E are true and correct copies of the consent forms signed by Stephen Mitchell on September 5, 2001 and October 18, 2002.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 30, 2008 in Arcata, California.

By: _____
CHRISTOPHER PETERS

Manik,
Please scan these docs.
They will be exhibits
to the Ritus Declaration
and filed today —

[signature]

Exhibit A

## Authorization For Release of Medical Information

- ☐ Humboldt Open Door Clinic
  770 Tenth Street, Arcata, CA 95521
  tel: 707/826-8610 fax: 707/826-8623

- ☐ Eureka Community Health Center
  2412 Buhne Street, Eureka, CA 95501
  tel: 707/441-1624 fax: 707/441-1253

- ☐ NorthCountry Clinic Arcata
  785 18th Street, Arcata, CA 95521
  tel: 707/822-2481 fax: 707/822-3656

- ☐ NorthCountry Clinic-McKinleyville
  1644 Central Avenue, Ste A, McKinleyville
  tel: 707/839-1909 fax: 707/839-9243

- ☐ Open Door McKinleyville
  1644 Central Ave, Ste F, McKinleyville
  tel: 707/839-3068 fax: 707/839-3827

- ☐ Del Norte Community Health Center
  200 A Street, Crescent City, CA
  tel: 707/465-6925 fax: 707/839-6070

- ☐ Smith River Health Center
  110 First Street, Ste B, Smith River, CA 95567
  tel: 707/487-0135 fax: 707/487-7064

Records Re: **Stephen Mitchell** (Patient's Name)

Date of Birth: **6-27-57**

Patient's Primary Care Provider: _____

Patient's SSN#: **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**

*I hereby authorize Open Door Community Health Centers to:*

| Request Records FROM: | | Send Records TO: |
|---|---|---|
| Physician and/or Clinic: ~~[crossed out]~~ | OR | Name of place/person to send records to: **STEPHEN MITCHELL** |
| Address: ~~[crossed out]~~ | | Address: **15870 U.S. Hwy 101** |
| City, State and Zip: ~~[crossed out]~~ | | City, State and Zip: **Klamath CA. 95548** |
| Phone or Fax: ~~[crossed out]~~ | | Phone or Fax: **(707) 482-1918** |

Pt. will p/u

For the following (initial each item authorized for release):

___ All information regarding the assessment, diagnosis and treatment of _____
___ All information regarding the care provided from (earliest date) _____ to (latest date) _____
**X** Other **Duplicate X-rays**
___ Verbal Communication between clinic/Provider (listed above) and my Primary Care Provider (listed above)

To *include* the following, you must initial and date each item listed below:

Alcohol and drug use/abuse ___ Initials ___ Date
Mental health information ___ Initials ___ Date
HIV Results ___ Initials ___ Date

This authorization is effective for above requested records only. I understand I have the right to receive a copy of this authorization.

Patient's/Guardian Name (Please print): **STEPHEN MITCHELL**

Patient's/Guardian Signature: *[signed]* Date: _____

Witness Signature: *[signed]* Date: **10-25-12**

If not signed by the patient, please indicate the relationship of the authorizer to the patient:
☐ Parent or Guardian of minor patient (to the extent the minor could not have consented to care)
☐ Guardian or conservator of an incompetent patient
☐ Beneficiary or personal representative of deceased patient

\* NOTE: There will be a charge of $5.00, plus $0.25 per page, on records copied and given to patients, if copied by clinic staff. There will be a $10.00 charge plus sales tax and postage, but not more than $20.00 for ten or more pages billed by the copy service.

ROUTING:
☐ Original with request
☐ Copy to Medical Record

Medical Record #: **07465**

ODCHC Form#75 (9/01bm)

# Exhibit B

17768

## LAW OFFICE OF
## FERMAN W. SIMS

Ferman W. Sims, J.D.　　　　　　　　　　　　　　　　　　　　William H. Sims, J.D.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(In active)

_____ Attorneys and Counselors at Law _____

DEL NORTE TITLE BUILDING
519 AH@ STREET　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (707) 465-5555
CRESCENT CITY, CALIFORNIA 95531　　　　　　　　　　　　　　FACSIMILE: (707) 465-4454

　　　　　　　　　　　September 14, 2004

*7-20-05*
*Row*
*707-442-1775*
*Off. Man.*
*Shipley*
*Ext #2*
*Ref. via Arshi*

WENDELL N. ROW, D.D.S.
785 E. Washington Blvd., Suite #8
Crescent City, CA. 95531

Re:　*STEPHEN MITCHELL*

Dear Dr. Row:

This office has been consulted by Mr. Stephen Mitchell regarding dental services previously rendered by Dr. Harold Nemetz at the "A" Street clinic. Mr. Mitchell informs us that the purpose of his visit to Dr. Nimitz was to a fractured tooth removed. He informs us that the wrong tooth was removed in error at that visit.

It is our understanding that a fractured tooth was removed surgically in your office. Also, that additional dental work has been diagnosed which may require three separate procedures.

We are enclosing a Medical Authorization executed by Mr. Mitchell. We are requesting that you have your staff provide this office with a copy of Mr. Mitchell's records, including any post-operative reports and recommendations for future corrective dental procedures.

Lastly, we would appreciate receiving a copy of his billing statements to date and amounts owing, if any, along with an estimate of costs for future services and the nature of same.

Please advise our office for costs to obtain said records and reports, If you have any questions, please do not hesitate to contact this office. I remain,

Sincerely,

FERMAN W. SIMS, ESQ

FWS/jfk

Encl.



# MEDICAL AUTHORIZATION

Date: September 14, 2004

TO: Dr. Wendell N. Row, D.D.S.

785 E. Washington Blvd. #8
Crescent City, Ca. 95531

RE: STEPHEN MITCHELL

***YOU ARE HEREBY AUTHORIZED AND REQUESTED*** to permit the bearer of this Medical Authorization to view and/or obtain copies of any and all records or information, written or otherwise, which you may have pertaining to the treatment, history, prescription or bills rendered by you to the above-named for any and all injuries, illnesses, disabilities or physical condition(s) and to permit the bearer or any physician, surgeon or medical practitioner appointed by them to discuss said information with you and to examine any x-ray pictures taken of the above-named individual or individuals.

*/s/ Steph. W. Mitchell*

Exhibit C

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                ARNOLD SCHWARZENEGGER, Governor



**DENTAL BOARD OF CALIFORNIA**
1432 HOWE AVENUE, SUITE 85, SACRAMENTO, CA 95825-3241
TELEPHONE: (916) 263-2300
FAX: (916) 263-2140



June 27, 2006

Dr. Harold Nemetz
Del Norte Community Health
200 A Street
Crescent City, CA 95531

Re      :   Stephen Mitchell
Case#:      01-2005-108

Dear Doctor:

The Dental Board of California has concluded its review of the above referenced matter. Due to staffing issues, it has been some time now since this matter has been brought to our attention and we apologize for the delay in reporting the findings.

The Board's dental consultant has thoroughly evaluated all available complaint information, including all pertinent dental records. The dental treatment rendered appears to be a departure from the standard of practice in the dental community. Examination of the records indicates the patient is confused regarding the tooth number in question. Tooth #15 was extracted on 9-5-01. The patient signed consent for the procedure. It does appear that an incorrect tooth was extracted on 10-18-02. You diagnosed tooth #2 with a vertical fracture. A consent form was signed to extract tooth #2. The post-op x-rays reveal that tooth #3 was extracted and tooth #2 was left in tact.

It is beyond the jurisdiction of the Board to determine financial remuneration for damages. The patient apparently has an attorney and this issue will be handled through the legal system.

Although the complaint case will be closed at this time, the Board will retain the information for the time prescribed by law. Thank you for your cooperation in this matter.

Sincerely,

Jeane Ward
Consumer Services Analyst
(916) 263-2300, Ext. 2305

cc:   Stephen Mitchell
      c/o Ferman W. Sims
      519 H Street

Exhibit D

RECEIVED JUL 1 8 2005

## LAW OFFICE OF
## FERMAN W. SIMS

Ferman W. Sims, J.D.                                William H. Sims, J.D.
                                                    (In active)

_____  Attorneys and Counselors at Law  _____
DEL NORTE TITLE BUILDING
519 "H" STREET
CRESCENT CITY, CALIFORNIA 95531                     TELEPHONE: (707) 465-5555
                                                    FACSIMILE: (707) 465-4454

July 11, 2005

**DR. HAROLD NEMETZ**
**DEL NORTE COMMUNITY HEALTH CENTER**           **Personal & Confidential**
200 "A" Street
Crescent City, CA. 95531



Re:  *STEPHEN MITCHELL*
     *Date of Loss: 09-30-02*

Dear Dr. Nemetz:

Please be advised that Mr. Stephen Mitchell has consulted this office relative to injuries he sustained due to the wrongful extraction of a tooth in the upper right side of his mouth on September 20, 2002.

He had sought your services to extract a fractured tooth in the upper side of his mouth but due to your negligence, the fractured tooth #15 was left intact and had to be removed through oral surgery. Mr. Mitchell reports that he subsequently called your office and reported that the wrong tooth had been extracted in that his fractured tooth was still in place. At that time you informed him that the correct tooth was extracted. This office is informed that x-rays were taken by your office which will confirm that the fractured tooth was left intact and the adjoining tooth extracted by you on said date and this fact was concealed by your office.

Mr. Mitchell is informed that further dental services will have to be rendered by reason thereof with an estimated cost in excess of $15,000.00.

This letter is to provide written notice pursuant to Code of Civil Procedure § 364 the intention to commence legal action on or about October 14, 2005, unless this matter is resolved prior to said date.

Based upon the estimated special damages and the trauma which Mr. Mitchell has experienced

JUL 1 8 2005

DR. HAROLD NEMETZ
DEL NORTE COMMUNITY HEALTH CENTER    July 11, 2005

Re:   Stephen Mitchell

and anticipated three (3) separate surgical procedures, that are required to correct this problem, general damages are assessed in the sum of $45,000.00 for total damages of $50,000.00..

I trust that you will give this note your immediate attention. I remain,

Sincerely,

FERMAN W. SIMS, ESQ

FWS/jfk

Cc:   Dental Board of the State of California
      Client

JUL 1 8 2005

Exhibit E

**Incomplete removal of tooth fragments**
There are times the doctor may decide to leave in a fragment or root of a tooth in order to avoid doing damage to adjacent structures such as nerves, sinuses, etc.
**Fracture of the jaw**

## LOWER TEETH

**Numbness**
Due to the proximity of roots to the nerve (especially wisdom teeth) it is possible to bruise or damage the nerve with removal of a tooth. This could remain for days, weeks or, very rarely, permanently. The lip, chin and/or tongue could feel numb, tingling or have a burning sensation.

## UPPER TEETH

**Sinus involvement**
Due to the location of the roots (especially the upper back teeth) to the sinus (a normal cavity situated above the back teeth) it is possible an opening may develop from the sinus to the mouth or that a root may be displaced into the sinus. A possible sinus infection and/or permanent opening from the mouth to the sinus could develop and may require medication and/or later surgery to correct.

## OTHER ADDITIONAL COMPLICATIONS

_____

_____

## CONSENT TO TREATMENT

Patient Name: _Stephen Mitchelle_

I hereby authorize Dr. Lea Abia to perform the following procedure(s):

___#15 EXT_____ and to administer the necessary anesthesia. The procedure(s) necessary to treat the condition(s) have been explained to me. I have been informed of possible alternative methods of treatment, if any, along with their risks and benefits. I understand the doctor may discover other or different conditions that require additional or different procedures than those planned. I authorize her/him to perform such other procedures that are advisable in her/his professional judgment. I agree to cooperate completely with the recommendations of the doctor while I am under her/his care, realizing that any lack of same could result in a less than optimum result.

I have read and/or discussed the preceding risks that may occur in connection with this consent to the above surgery.

DATE _9/5/01_

PATIENT/LEGALLY RESPONSIBLE PERSON: _Steph W. Mitchell_

WITNESS: _Wendy Montanez_

HODC Form # 84D                                                    (rev 7/01jg)

**Incomplete removal of tooth fragments**
   There are times the doctor may decide to leave in a fragment or root of a tooth in order to avoid doing damage to adjacent structures such as nerves, sinuses, etc.

**Fracture of the jaw**

## LOWER TEETH

**Numbness**
   Due to the proximity of roots to the nerve (especially wisdom teeth) it is possible to bruise or damage the nerve with removal of a tooth. This could remain for days, weeks or, very rarely, permanently. The lip, chin and/or tongue could feel numb, tingling or have a burning sensation.

## UPPER TEETH

**Sinus involvement**
   Due to the location of the roots (especially the upper back teeth) to the sinus (a normal cavity situated above the back teeth) it is possible an opening may develop from the sinus to the mouth or that a root may be displaced into the sinus. A possible sinus infection and/or permanent opening from the mouth to the sinus could develop and may require medication and/or later surgery to correct.

## OTHER ADDITIONAL COMPLICATIONS

_____

_____

## CONSENT TO TREATMENT

Patient Name: _Stephen Mitchell_

I hereby authorize Dr. Lea Abia Nemetz to perform the following procedure(s):

_Ext #2_ _____ and to administer the necessary anesthesia. The procedure(s) necessary to treat the condition(s) have been explained to me. I have been informed of possible alternative methods of treatment, if any, along with their risks and benefits. I understand the doctor may discover other or different conditions that require additional or different procedures than those planned. I authorize her/him to perform such other procedures that are advisable in her/his professional judgment. I agree to cooperate completely with the recommendations of the doctor while I am under her/his care, realizing that any lack of same could result in a less than optimum result.

I have read and/or discussed the preceding risks that may occur in connection with this consent to the above surgery.

DATE _10-15-02_

PATIENT/LEGALLY RESPONSIBLE PERSON: X _Stephen W. Mitchell_

WITNESS: _____

HODC Form # 84D                                                                                          (rev 7/01jg)