1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       Facsimile:  (415) 436-6748
6      E-mail:    melissa.k.brown@usdoj.gov

7  Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPARTMENT OF HEATH & HUMAN SERVICES and DOES 1-20 inclusive<br><br>    Defendant. | No. C 07-5112 CW<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

On March 6, 2008, the Defendant's motion to dismiss came on regularly for hearing. Having considered the pleadings, papers on file, and the parties' arguments, and finding just cause  the Court hereby GRANTS the motion to dismiss with prejudice.

IT IS SO ORDERED

DATED: _____          _____
                                  HONORABLE CLAUDIA WILKEN
                                  United States District Court Judge