1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7102
6  Facsimile:  (415) 436-6748
   Email: joann.swanson@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| | |
|---|---|
| STEPHEN MITCHELL, | Case No. C 07-5112 EDL |
| Plaintiff, | |
| v. | **CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |
| DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES and DOES 1-20 INCLUSIVE, | |
| Defendants. | |

19    I, Joann M. Swanson, hereby certify as follows:

20    1.    I am the Chief of the Civil Division of the United States Attorney's Office for the
21 Northern District of California. Pursuant to written delegation from Scott N. Schools, the duly
22 appointed United States Attorney for the Northern District of California, I have been authorized to
23 exercise on behalf of the United States Attorney the authority vested in him by the Attorney General,
24 pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named
25 as a defendant in a civil action was acting within the course and scope of his employment with reference
26 to the matters alleged in the suit.
27 //
28

Certification Pursuant to
28 U.S.C. § 2679(d) - Dr. Harold Nemetz          1

2.    I have reviewed the complaint in the above-captioned action. Dr. Harold Nemetz is an employee of Open Door Community Health Center, a federally deemed health center. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Dr. Nemetz is covered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80. On the basis of those citations and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that Dr. Harold Nemetz was acting within the course and scope of his employment with the Open Door Community Health Center.

Dated: December 18, 2007

JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division

Certification Pursuant to
28 U.S.C. § 2679(d) - Dr. Harold Nemetz    2