1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       Facsimile:  (415) 436-6748
6      E-mail:    melissa.k.brown@usdoj.gov

7  Attorneys for Federal Defendant

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  STEPHEN MITCHELL,              )    No. C 07-5112 CW
                                   )
13          Plaintiff,             )    **ADR CERTIFICATION**
                                   )
14      v.                         )
                                   )
15  DR. HAROLD NEMETZ, OPEN DOOR   )
    COMMUNITY HEALTH CENTER, U.S.  )
16  DEPARTMENT OF HEATH & HUMAN    )
    SERVICES and DOES 1-20 inclusive )
17                                 )
            Defendant.
18  _____

19      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that

20  he or she has:

21      **a.**   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*

22      *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited*

23      *printed copies are available from the clerk's office for parties in cases not subject to the*

24      *court's Electronic Case Filing program (ECF) under General Order 45);*

25      **b.**   Discussed the available dispute resolution options provided by the Court and private

26      entities; and

27

28

ADR CERTIFICATION Case No. C 07-5112 CW

1

2    **c.**   Considered whether this case might benefit from any of the available dispute

3    resolution options.

4

5

6    DATED: February 20, 2008                    Respectfully submitted,
                                                 JOSEPH P. RUSSONIELLO
7                                                United States Attorney

8                                                            /S

9                                                _____
                                                 MELISSA K. BROWN
10                                               Assistant United States Attorney

11   DATED: February 20, 2008

12                                                           /S

13

14                                               _____
                                                 DARETIA M. HAWKINS
                                                 For Department of Health and
15                                               Human Services

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION Case No. C 07-5112 CW