**FERMAN W. SIMS, ESQ.**
(CSB #038696)
519 "H" STREET
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax:(707) 465-4454
Email: simscalaw@yahoo.com
Attorney for Plaintiff: Stephen Mitchell

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN MITCHELL | CASE NO.   C 07-5112 CW |
| Plaintiff, | [AMENDED] |
| v. | ADR CERTIFICATON BY PARTIES AND COUNSEL |
| DR. HAROLD NEMETZ, OPEN DOOR | |
| COMMUNITY HEALTH CENTER, U.S. | |
| DEPARTMENT OF HEALTH & HUMAN | |
| SERVICES and  DOES 1-20 inclusive | |
| Defendants. | |

Pursuant to Civil L. R. 16-8(b) and ADR L. R. 3-5 (b), each of the undersigned certifies that he or she has:

1.    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site **www.adr.cand.uscourts.gov** (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

2.   Have not discussed the available dispute resolution options provided by the Court and private entities in that telephonic messages received from Melissa Brown, Attorney for Federal Defendant stated that ADR is not to be discussed prior to her Motion having been hearing and ruled upon by this Court; and that Mediation may be a possibility if Motion to Dismiss Federal Defendant filed by U. S. Attorney is denied upon hearing set for March 6, 2008; and

3.   Plaintiff is of the belief that this case would benefit from the available dispute resolution options.

Dated: February 22, 2008                              _____s/_____

                                                FERMAN W. SIMS,

1

## PROOF OF SERVICE

2

I, **JEAN F. KOLL hereby** declare that I am over the age of eighteen (18) years, and not a party

3  to this action. My business address is 519 "H" Street; Crescent City, CA 95531.

On 2-22-2008 I served a true copy of the following document(s) in the manner described below:

4

5  [ x ] **BY MAIL:** I am readily familiar with the practice of this business for collection and
processing of documents for mailing with the United States Postal Service. Documents so

6  collected and processed are placed in collection and deposited with the United States Postal
Service that same day in the ordinary course of business. The above-referenced document(s)

7  were placed in (a) sealed envelope(s) was (were) placed for collection and deposit with the
United States Postal Service on the date listed below at Crescent City, California.

8  [   ] **PERSONAL SERVICE:** By personally delivering a true copy thereof to the person and at
the address set forth below:

9

[ ] **FACSIMILE:** By faxing to the person(s) and fax number set forth below:

10  [x ] **ELECTRONIC FILING:**      The above and foregoing document(s) were electronically
filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing

11  to the following:

12  Melissa K. Brown
United States Attorney

13  Chief, Civil Division
450 Golden Gate Avenue, Box 36055

14  San Francisco, Ca. 94102

15  Email: Melissa.k.brown@usdoj.gov

16  Office of the Attorney General
441 4th Street NW, Suite 1060 N

17  Washington, DC 20001

18

Frances Greenleaf

19  Janssen, Mallory, Needham, Morrison, Reinholtsen & Crowley, LLP
P.O. Drawer 1288

20  Eureka, Ca. 95501

21

United States Attorney General

22  Department of Justice
Attention: Michael B. Mukasey

23  950 Pennsylvania Avenue, NW

24  Washington DC 20530-0001

25  Executed on 02-22-08 at Crescent City, California. I certify and declare under penalty of perjury
under the laws of the State of California that the foregoing is true and correct.

26

27                          _Jean F. Koll_____
                            **JEAN F. KOLL**

28