IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL, | No. C 07-05112 CW |
|     Plaintiff, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
|   v. | |
| NEMETZ, et al., | |
|     Defendants. | |

Notice is hereby given that the case management conference, previously set for March 4, 2008, is continued to March 6, 2008, at 2:00 p.m., to be heard along with the Federal Defendant's Motion to Dismiss Plaintiff's Complaint, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 2/25/08

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk