UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL,

    Plaintiff,

  v.

NEMETZ, et al.

    Defendants.

NO. C 07-05112 CW

**MINUTE ORDER**
Date: 3/6/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Ferman Sims by phone

**Appearances for Defendant:**
Melissa Brown; Frances Greenleaf by phone

**Motions:**

| | | |
|---|---|---|
| Federal Defendant | Mo. to dismiss plaintiff's complaint | Granted |

Further briefing due:
Order to be prepared by:  Court

**Case Management Conference Held?:**  No

Notes:  United States is substituted in for all defendants. Court finds claim barred by statute of limitations; complaint dismissed with prejudice.

Copies to:  Chambers