**FERMAN W. SIMS, ESQ.**
(CSB #038696)
519 "H" Street
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax: (707) 465-4454
Email: simscalaw@yahoo.com
Attorney for Plaintiff: Stephen Mitchell

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN MITCHELL, | CASE NO. C 07-5112 CW |
| Plaintiff, | |
| vs. | **APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, and DOES 1-20 inclusive, | (Civil L.R. 7-9 (b)) |
| Defendants. | |

COMES NOW, STEPHEN MITCHELL, plaintiff in the above-captioned matter, by and through his attorney FERMAN W. SIMS, pursuant to ( Civil L.R. 7-9 (b) ) making application for permission to file his motion for reconsideration of the Minute Order of this court entered on March 6, 2008

1    Said application is based upon the Declaration of plaintiff Stephen Mitchell filed
2  concurrently herewith.
3    The undersigned has reviewed FR Civ P 54(b) and Civil L.R. 7-9 (b) regarding the
4  instant motion and believe said motion is taken in good faith and within the guidelines of said
5  regulations regarding presenting new material facts and which were not in the knowledge of the
6  undersigned at the time of said hearing nor discoverable with reasonable diligence.
7    Plaintiff makes application to submit a motion for reconsideration of defendant's motion
8  to dismiss and the Court's ruling on said motion by granting same.

Dated: 03/21/08

FERMAN W. SIMS, Attorney for Stephen Mitchell