1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8                         SAN FRANCISCO DIVISION
9

10  STEPHEN MITCHELL,                    **CASE NO. C 07-5112 CW**
11                 Plaintiff,            **[PROPOSED]**
12       vs.                             **ORDER GRANTING MOTION FOR**
13                                       **RECONSIDERATION**
14  DR. HAROLD NEMETZ, OPEN DOOR         (Civil L.R. 709 (b))
15  COMMUNITY HEALTH CENTER, U.S.
16  DEPARTMENT OF HEALTH & HUMAN
17  SERVICES, and DOES 1-20 inclusive,
18                 Defendants.
19  _____

20       This matter having come before this Court by Application by plaintiff, Stephen
21  Mitchell, for Reconsideration of the Court Order to Dismiss said action as requested by
22  Defendant, and having considered the Declaration of Stephen Mitchell, and good cause
23  appearing:
24       Plaintiff's request to file a Motion for Reconsideration is granted.
25  Dated:_____
26
27                                              _____
                                                FEDERAL JUDGE
28