| | |
|---|---|
| 1 | **FERMAN W. SIMS, ESQ.** |
|   | (CSB #038696) |
| 2 | 519 "H" STREET |
|   | Crescent City, CA 95531 |
| 3 | Telephone: (707) 465-5555 |
|   | Fax:(707) 465-4454 |
| 4 | Email: simscalaw@yahoo.com |
|   | Attorney for Plaintiff: Stephen Mitchell |
| 5 | |

6        UNITED STATES DISTRICT COURT

7        NORTHERN DISTRICT OF CALIFORNIA

8        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 9  | STEPHEN MITCHELL | ) CASE NO. C 07 05112 CW |
| 10 | Plaintiff, | ) PROOF OF SERVICE |
| 11 | v. | ) APPLICATION FOR LEAVE TO FILE |
|    |    | ) MOTION FOR RECONSIDERATION (Civil |
| 12 | DR. HAROLD NEMETZ, OPEN DOOR | ) L.R. 7-9 (b)), DECLARATION OF |
|    |    | ) STEPHEN MITCHELL IN SUPPORT OF |
| 13 | COMMUNITY HEALTH CENTER, U.S. | ) APPLICATION FOR LEAVE TO FILE |
|    |    | ) MOTION FOR RECONSIDERATION, |
| 14 | DEPARTMENT OF HEALTH & HUMAN | ) [PROPOSED] ORDER THEREON |
| 15 | SERVICES and DOES 1-20 inclusive | |
| 16 | Defendants. | |

17              **PROOF OF SERVICE**

I, JEAN F. KOLL, hereby declare that I am over the age of eighteen (18) years, and not a party to this action. My business address is 519 "H" Street; Crescent City, CA 95531.

On March 21, 2008 I served a true copy of the following document(s) in the manner described below:
APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (Civil L.R. 7-9 (b)), DECLARATION OF STEPHEN MITCHELL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION, [PROPOSED] ORDER THEREON

[ x ] **BY MAIL:** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed in collection and deposited with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at Crescent City, California.

[ ] **PERSONAL SERVICE:** By personally delivering a true copy thereof to the person and at the address set forth below:

-1-

1 [ ] **FACSIMILE:** By faxing to the person(s) and fax number set forth below:

2 UNITED STATES ATTORNEYS OFFICE
3 450 Golden Gate Avenue 11th Floor
Box 36055
4 San Francisco, Ca. 94102
Attention: Melissa Brown
5

6 Frances Greenleaf
Janssen, Mallory, Needham, Morrison, Reinholtsen & Crowley, LLP
7 P.O. Drawer 1288
Eureka, Ca. 95501
8

9 United States Attorney General
Department of Justice
10 Attention: Michael B. Mukasey
950 Pennsylvania Avenue, NW
11 Washington DC 20530-0001

12
Executed on March 21, 2008 at Crescent City, California. I certify and declare under penalty of
13 perjury under the laws of the State of California that the foregoing is true and correct.

14

15
　　　　　　　　　　　　　　　　　　　　　　　*Jean F. Koll*
16 　　　　　　　　　　　　　　　　　　　　　　　**Jean F. Koll**

17

18

19

20

21

22

23

24

25

26

27

28

-2-