IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN MITCHELL,

      Plaintiff,

  v.

DR. HAROLD NEMETZ, OPEN DOOR COMMUNITY HEALTH CENTER, and U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,

      Defendants.

No. C 07-05112 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Federal Defendant's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Stephen Mitchell take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 2nd day of April, 2008.

RICHARD W. WIEKING
Clerk of Court

By: *Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk