UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 29, 2008

**CASE INFORMATION:**
Short Case Title:  Mitchell -v- Nemetz
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No.CA, Oakland; Claudia Wilken
Criminal and/or Civil Case No.:  CV 07-05112 CW
Date Complaint/Indictment/Petition Filed: 10/04/07
Date Appealed order/judgment *entered* 4/2/08
Date NOA *filed* 5/28/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Diane Skillman

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 5/28/08              Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes  ☐ no                 Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:

      ***See attached ***


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Clara Pierce
                                                    510-637-3535

C-07-5112-CW Mitchell-v-Nemetz, et al

## Appellate Counsel:

**Ferman W. Sims**
Attorney at Law
519 H Street
Crescent City, CA 95531
707-465-5555


## Appellee Counsel:

**Melissa K. Brown**
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
415-436-6962

**Michael Morrison**
**Frances Kemp Greenleaf**
Janssen Malloy Needham Morrison Reinholtsen, et al., LLP

730 Fifth Street
Eureka, CA 95501
707-445-2071