UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

May 29, 2008

RECEIVED
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JUN 0 3 2008

FILED_____
DOCKETED_____
               DATE    INITIAL

08-16343

**CASE INFORMATION:**
Short Case Title: <u>Mitchell</u>-v- <u>Nemetz</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No.CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 07-05112 CW</u>
Date Complaint/Indictment/Petition Filed: <u>10/04/07</u>
Date Appealed order/judgment entered <u>4/2/08</u>
Date NOA *filed* <u>5/28/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>Diane Skillman</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>5/28/08</u>                    Date Docket Fee Billed:
Date FP granted:                                        Date FP denied:
Is FP pending? ☐ yes ☐ no                               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:

   ***See attached ***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
                                  510-637-3535

## Appellate Counsel:

**Ferman W. Sims**
Attorney at Law
519 H Street
Crescent City, CA 95531
707-465-5555

## Appellee Counsel:

**Melissa K. Brown**
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
415-436-6962

**Michael Morrison**
**Frances Kemp Greenleaf**
Janssen Malloy Needham Morrison Reinholtsen, et al., LLP

730 Fifth Street
Eureka, CA 95501
707-445-2071